1  Sheri M. Thome, Esq.
   Nevada Bar No. 008657
2  Steve Shevorski, Esq.
   Nevada Bar No. 008256
3  **WILSON, ELSER, MOSKOWITZ,**
   **EDELMAN & DICKER LLP**
4  6689 Las Vegas Blvd. South, Suite 200
   Las Vegas, Nevada 89119
5  Telephone: 702.727.1400
   Facsimile: 702.727.1401
6  Email: Sheri.Thome@wilsonelser.com
   Email: Steve.Shevorski@wilsonelser.com
7  *Attorneys for Defendant*
   *Ironshore Specialty Insurance Company*

8

9                  **UNITED STATES DISTRICT COURT**

10                      **DISTRICT OF NEVADA**

11  COMMISSIONER OF INSURANCE FOR          Case No.  2:23-cv-00537-JCM-BNW
    THE STATE OF NEVADA AS RECEIVER
12  OF LEWIS AND CLARK LTC RISK
    RETENTION GROUP, INC.,                 **DEFENDANT IRONSHORE SPECIALTY**
13                                         **INSURANCE COMPANY'S MOTION FOR**
                         Plaintiff,        **AN EXTENSION OF TIME TO FILE A**
14                                         **RESPONSE TO PLAINTIFF'S**
    v.                                     **COMPLAINT**
15
    IRONSHORE SPECIALTY INSURANCE          **(First Request)**
16  COMPANY; CATLIN INSURANCE
    COMPANY, INC.,
17
                         Defendants.
18

19          Defendant Ironshore Specialty Insurance Company ("Ironshore"), by and through its

20  attorneys of record, Sheri M. Thome, Esq. and Steve Shevorski, Esq., of the law offices of Wilson,

21  Elser, Moskowitz, Edelman & Dicker LLP, moves for an extension of time to file a response to

22  Plaintiff The Commissioner of Insurance for the State of Nevada ("the Commissioner") as receiver

23  of Lewis and Clark LTC Risk Retention Group, Inc.'s complaint for good cause under FRCP

24  6(b)(1)(a).

25                  **MEMORANDUM OF POINTS AND AUTHORITIES**

26          This Court should grant Ironshore's motion for a 14-day extension to file a response to the

27  Commissioner's complaint. The decision to grant an extension or continuance is within the sound

28  discretion of the trial court. *F.T.C. v. Gill*, 265 F.3d 944, 954-55 (9th Cir. 2001). Federal Rule of

1    Civil Procedure 6(b)(1) provides that when an act must be done within a specified time, the Court

2    "may, for good cause, extend the time . . . with or without motion or notice if the court acts, or if a

3    request is made, before the original time or its extension expires . . . ." Indeed, courts routinely grant

4    similar requests and caution attorneys that "[o]bstructive refusal to make reasonable accommodation

5    [] impairs the civility of our profession ... and needlessly increases litigation expense to

6    clients." *Henry v. Dovenmuehle Mortg*., No. 2:19-cv-00360-MMD-NJK, 2019 U.S. Dist. LEXIS

7    50303 (citing *Kondrk v. Towbin Dodge LLC*, 2015 U.S. Dist. LEXIS 156665, 2015 WL 13683019,

8    at *1 (D. Nev. Nov. 18, 2015) (and collecting cases). Ironshore meets the good cause standard.

9         Ironshore retained Wilson Elser to represent it this week. Ex. A at ¶3. Wilson Elser was not

10   idle. It reached out to the Commissioner's counsel to obtain an extension of time to respond on

11   Ironshore's behalf to the Commissioner's complaint, as Ironshore's response will be due on July

12   31, 2023. Ex. B. Wilson Elser then also followed up with the Commissioner's counsel through a

13   phone call. Ex. A, supra at ¶4. Wilson Elser was just recently retained and requires additional time

14   to investigate this matter and draft a response. *Id*. at ¶6. This is Ironshore's first request for an

15   extension of time to file a responsive pleading. LR IA 6-1. No party will be prejudiced by the

16   granting of this motion, which only seeks a short, 14-day extension of time. Good cause therefore

17   exists for this Court to grant Ironshore an extension of 14 days until August 14, 2023, to file its

18   responsive pleading.

19        DATED this 28th day of July, 2023.

20                                                         WILSON, ELSER, MOSKOWITZ, EDELMAN
                                                           & DICKER LLP
21

22   Pursuant to Federal Rule of Civil Procedure      By:    */s/ Sheri M. Thome*
     6(b) and Local Rule IA 6-1, the Court finds             Sheri M. Thome, Esq.
23   good cause to extend the time to answer until          Nevada Bar No. 008657
     August 14, 2023.                                        Steve Shevorski, Esq.
24                                                          Nevada Bar No. 008256
     **IT IS SO ORDERED**                                    6689 Las Vegas Blvd. South, Suite 200
25                                                          Las Vegas, Nevada 89119
     **DATED:** 10:45 am, July 31, 2023                      *Attorneys for Defendant*
26                                                          *Ironshore Specialty Insurance Company*

27

28   **BRENDA WEKSLER**
     **UNITED STATES MAGISTRATE JUDGE**

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5, I certify that I am an employee of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP and that on this 28th day of July, 2023, I served a true and correct copy of the foregoing **DEFENDANT IRONSHORE SPECIALTY INSURANCE COMPANY'S MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT (First Request)** as follows:

☐    by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

☒    via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk;

☐    via hand-delivery to the addressees listed below;

☐    via facsimile;

☐    by transmitting via email the document listed above to the email address set forth below on this date before 5:00 p.m.

Brenoch Wirthlin, Esq.
Traci Cassity, Esq.
HUTCHISON & STEFFEN
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: (702) 385.2500
Facsimile: (702) 385.2086
E-Mail: bwirthlin@hutchlegal.com
*Attorneys for Plaintiff*

BY:   */s/ Lani Maile*
           An Employee of
           WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

285304955v.1

INDEX OF EXHIBITS

TO

DEFENDANT IRONSHORE SPECIALTY INSURANCE COMPANY'S MOTION FOR AN
EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT

| Exhibit | Description | Bates Nos. |
|---------|-------------|------------|
| A. | Declaration of Steve Shevorski, Esq. | A-000001-A-000002 |
| B. | Emails from Sheri Thome to Brenoch Wirthlin | B-000001 |

# EXHIBIT A

Declaration of Steve Shevorski, Esq.

Sheri M. Thome, Esq.
Nevada Bar No. 008657
Steve Shevorski, Esq.
Nevada Bar No. 008256
**WILSON, ELSER, MOSKOWITZ,**
**EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Email: Sheri.Thome@wilsonelser.com
Email: Steve.Shevorski@wilsonelser.com
*Attorneys for Defendant*
*Ironshore Specialty Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| COMMISSIONER OF INSURANCE FOR THE STATE OF NEVADA AS RECEIVER OF LEWIS AND CLARK LTC RISK RETENTION GROUP, INC., | Case No.  2:23-cv-00537-JCM-BNW |
| Plaintiff, | **DECLARATION OF STEVE SHEVORSKI, ESQ. IN SUPPORT OF DEFENDANT IRONSHORE SPECIALTY INSURANCE COMPANY'S MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT** |
| v. | |
| IRONSHORE SPECIALTY INSURANCE COMPANY; CATLIN INSURANCE COMPANY, INC., | **(First Request)** |
| Defendants. | |

I, Steve Shevorski, Esq. declare as follows:

1.      I am a competent adult, over the age of eighteen (18) years, and have personal knowledge of all facts stated herein.  I am an attorney, duly licensed to practice law in the state of Nevada.

2.      I, along with Sheri M. Thome, Esq., have been retained by Ironshore Specialty Insurance Company ("Ironshore") to defend the action filed by The Commissioner of Insurance for the State of Nevada as receiver of Lewis and Clark LTC Risk Retention Group ("the Commissioner") against Ironshore.

3.      Ironshore retained Wilson, Elser, Moskowitz, Edelman & Dicker LLP this week. Sheri Thome, Esq. emailed the Commissioner's counsel to request a 14-day extension of time to

respond to the Commissioner's complaint on July 26, 2023 and again the next day. Attached as **Exhibit B** are true and correct copies of Ms. Thome's emails. The Commissioner's counsel has yet to respond to Ms. Thome's emails.

4.      I also called the Commissioner's counsel on July 27, 2023 but have not, as yet, received a response to my voicemail.

5.      Conflicts are now clear and Wilson Elser intends to appear and defend Ironshore against the Commissioner's complaint.

6.      Ironshore requests this extension of time to review the Commissioner's allegations, conduct any research necessary to respond to them, and to draft a response that Ironshore will file with this Court.

7.      Ironshore submits this request for a short 14-day extension in good faith and not for the purpose of delay.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 28th day of July, 2023.


_/s/ Steve Shevorski, Esq._
Steve Shevorski, Esq.

-2-

# EXHIBIT B

E   ails fro    Sheri Tho    e to Brenoch    irthlin

| | |
|---|---|
| **From:** | Thome, Sheri |
| **Sent:** | Thursday, July 27, 2023 12:15 PM |
| **To:** | bwirthlin@hutchlegal.com |
| **Cc:** | Maile, Lani U.; Shevorski, Steve |
| **Subject:** | RE: Lewis and Clark/Receiver v. Ironshore |

Hi Mr. Wirthlin,

I am just following up on the below email, but I don't know if you are in the office, and I don't see anyone else listed on the docket as representing the Commissioner.  I may follow up later today via phone.  I apologize for any inconvenience, but Ironshore is concerned about the response date.

Thank you.

Sheri Thome
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
702.727.1370 (Direct)
702.375.7956 (Cell)
702.727.1400 (Main)
702.727.1401 (Fax)
sheri.thome@wilsonelser.com

---

**From:** Thome, Sheri
**Sent:** Wednesday, July 26, 2023 3:12 PM
**To:** bwirthlin@hutchlegal.com
**Cc:** Maile, Lani U. <Lani.Maile@wilsonelser.com>
**Subject:** Lewis and Clark/Receiver v. Ironshore

Mr. Wirthlin,

Ironshore has reached out to our firm concerning the above-referenced matter, and we are working to resolve any potential conflicts.  While we do so, are you able to provide an extension in which to respond to the complaint?  I believe the response is due July 31, so I would ask for extension until August 14th.  Until we clear, I cannot submit a stipulation affirming representation, but I certainly will do so as soon as we can confirm.

Thank you for your consideration.

Sheri Thome
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
702.727.1370 (Direct)
702.375.7956 (Cell)
702.727.1400 (Main)
702.727.1401 (Fax)
sheri.thome@wilsonelser.com

B-000001