Brenoch R. Wirthlin (10282)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel:     (702) 385-2500
Fax:    (702) 385-2086
bwirthlin@hutchlegal.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| COMMISSIONER OF INSURANCE FOR THE STATE OF NEVADA AS RECEIVER OF LEWIS AND CLARK LTC RISK RETENTION GROUP, INC.,<br><br>Plaintiff,<br><br>v.<br><br>IRONSHORE SPECIALTY INSURANCE COMPANY; CATLIN INSURANCE COMPANY, INC.;<br><br>Defendants. | CASE NO.: 2:23-cv-00537-JCM-BNW<br><br>**STIPULATION AND ORDER TO DISMISS WITHOUT PREJUDICE** |

Plaintiff Commissioner of Insurance for the State of Nevada as Receiver of Lewis and Clark LTC Risk Retention Group, Inc. ("Plaintiff"), Defendant Ironshore Specialty Insurance Company ("Ironshore"), and Defendant Indian Harbor Insurance Company as successor in interest to Catlin Specialty Insurance Company ("Indian Harbor") (collectively with Plaintiff and Ironshore, the "Parties"), by and through their respective attorneys of record, hereby submit and agree as follows:

///

///

///

///

Page **1** of **2**

1   **IT IS HEREBY STIPULATED AND AGREED** by and through the Parties and their

2   counsel of record, that the above-reference matter is hereby dismissed without prejudice.

3   **IT IS FURTHER STIPULATED AND AGREED** that each of the Parties shall bear

4   its own attorneys' fees and costs.

5   **IT IS SO STIPULATED.**

Dated this 15th day of March 2024.                    Dated this 15th day of March 2024.

HUTCHISON & STEFFEN, PLLC                  WILSON, ELSER, MOSKOWITZ,
                                                                              EDELMAN & DICKER LLP

*/s/Brenoch Wirthlin*
Brenoch R. Withlin, Esq. (10282)                   */s/Steve Shevorski*
10080 West Alta Drive, Suite 200                   Sheri M. Thome, Esq. (8657)
Las Vegas, NV 89145                                      Steve Shevorski (8256)
*Attorneys for Plaintiff*                                    6689 Las Vegas Blvd. South, Suite 200
                                                                              Las Vegas, Nevada 89119
                                                                              *Attorneys for Ironshore*


HARTER SECREST & EMERY LLP

*/s/Lauren Mendolera*
Patrick M. Tomovic, Esq.
Lauren R. Mendolera, Esq. (3552)
50 Fountain Plaza, Suite 1000
Buffalo, NY 14202-2293
Telephone: 716.853.1616
*Attorneys for Indian Harbor*

MCDONALD CARANO LLP
George F. Ogilvie III, Esq. (3552)
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102
*Attorneys for Indian Harbor*


**ORDER**

**IT IS SO ORDERED.**

By: _____
UNITED STATES DISTRICT JUDGE

Dated March 18, 2024.

Page **2** of **2**